AO 106 (Rev. 12/09) Search and Seizure Warrant

SEALED
ISSUED

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with the following Google email and Google voice accounts that are stored at the premises controlled by Google Inc.:

(209) 232-5476, (310) 818-3424, (209) 222-8773, CentralValleyConfidenceCo@gmail.com, johnderek72@gmail.com, Calconfidenceco@gmail.com, johnderekss@gmail.com

)
)
)
)
)
)
)
)
)
)
)

Case No: 1:13 SW - 0 0 1 5 7 SKO

FILED ORIGINAL
SEP 05 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer [or an attorney for the government] requests the search of the following person or property located in the Northern District of California:
*See Attachment "A".*

The person or property to be searched, described above, is believed to conceal:
*See Attachment "B".*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  July 3, 2013
  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Sheila K. Oberto.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___ days (not to exceed 30).
  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/19/13 at 10:56 a.m.

_____
Judge's signature

City and State: Fresno, California        Sheila K. Oberto, United States Magistrate Judge

*Printed name and title*

AO 106 (Rev. 04/10) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:13-SW-157 SKO | Date and time warrant executed: 06/19/2013 4:34 PM | Copy of warrant and inventory left with: WARRANT SERVED VIA FAX |
| Inventory made in the presence of: RECORDS RECEIVED ON 08/20/2013 BY SA JOHN W. OGDEN | | |
| Inventory of the property taken and name of any persons(s) seized: A FEDEX ENVELOPE CONTAINING PAPER RECORDS AND ONE (1) OPTICAL DISC CONTAINING RECORDS FOR THE ACCOUNTS REFERENCED IN ATTACHMENT A WAS RECEIVED. A PHOTO COPY OF THE DISC RECEIVED IS ATTACHED HERETO. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/27/2013

*Executing officer's signature*

JOHN W. OGDEN, SPECIAL AGENT, FBI
*Printed name and title*

Signed and sworn before me
on this date.

8-27-13

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE



## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Google email and Google Voice accounts that are stored at premises controlled by Google Inc. a company that accepts service of legal process at address 1600 Amphitheatre Parkway, Mountain View, CA 94043 and or facsimile number (650) 253-0001:

Calconfidenceco@gmail.com, CentralValleyConfidenceco@gmail.com, johnderekss@gmail.com, johnderek72@gmail.com, (209) 232-5476, (209) 222-8773, and (310) 818-3424

1

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Google Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, text messages, voice messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a.     The contents of all emails, text messages, and or voice messages associated with the account, including stored or preserved copies of emails, text messages, and or voice messages sent to and from the account, draft emails, text messages, and or voice messages, the source and destination addresses or numbers associated with each email, text message, and or voice message, the date and time at which each email, text message, and or voice message was sent, and the size and length of each;

    b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses or telephone numbers provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.     The types of service utilized;

    d.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 2320 those violations pertaining JOHN GITMED, HOLLY GITMED, or other co-conspirators for each account or identifier listed on Attachment A, information pertaining to the following matters from the date November 4, 2011, forward:

a. Any and all email, text messages, and or voice messages concerning the procurement, import, sale, purchase, advertisement or other trafficking of counterfeit or otherwise infringing drugs.

b. Any and all email messages, text messages, and or voice messages concerning advertisements on Craigslist.org, or communications received via Craigslist related to the procurement, import, sale, purchase, advertisement or other trafficking of counterfeit or otherwise infringing drugs.

c. Any and all billing and account information, subscriber information, associated email addresses and phone numbers, associated Internet Protocol (I.P.) and I.P. address access logs for each account or identifier listed on Attachment A, associated friends lists, and account record comments.

d. Information relating to who created, used, or communicated with each account or identifier listed on Attachment A, including records about their identities and whereabouts.

e. Any billing and or payment information associated with PayPal or other money transfer services.